DOUGHERTY, RYAN & HESSION, LLP.
Attorneys for Plaintiffs
445 Broadhollow Road
Suite 25
Melville, New York 11747
Phone: 212-889-2300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SA FLORIDA INTERNATIONAL, LLC.
d/b/a OEC MIAMI and ORIENT
EXPRESS CONTAINER CO., LTD.                                    Index No:

                                Plaintiffs,

   -against-                                                            **COMPLAINT**

BRITE LITE ENTERPRISES, INC.

                                Defendant.
-----------------------------------------------------------X

       PLAINTIFFS, SA FLORIDA INTERNATIONAL, LLC. d/b/a OEC MIAMI and ORIENT EXPRESS CONTAINER CO., LTD. by their attorneys, DOUGHERTY, RYAN & HESSION, LLP., as and for their Complaint, allege upon information and belief as follows:

       1. The matters herein alleged constitute an admiralty and maritime claim within the jurisdiction of this United States District Court and are within the meaning of 28 U.S.C.A. § 1333(1) and Fed. R. Civ. P. 9(h).

       2. At all a times hereinafter mentioned, Plaintiff, SA FLORIDA INTERNATIONAL, LLC d/b/a OEC MIAMI, is a corporation with a place of business at 9905 NW 17th Street, Suite 107, Miami Florida 33172 and Plaintiff ORIENT EXPRESS CONTAINER CO., LTD. (hereafter "OEC"), was, and still is, a corporation with a place of business at One Cross Island Plaza, 133-33 Brookville Boulevard, Suite 306, Rosedale, New York 11422. Plaintiffs were, and still are, non-vessel owning ocean carriers, common carriers of goods for hire, and licensed freight forwarders for cargoes moving between various ports, including Ningbo, China and the Port of New York, and various other foreign and domestic ports, including Miami, and properly filed a schedule of its tariffs for

the transportation of goods of the type and between the ports or areas as hereinafter alleged.

3. On information and belief, Plaintiff alleges that defendant BRITE LITE is a business entity organized and existing by virtue of the laws of a State in the United States of America and is authorized to do business in the State of California, with a common place of business located at 11901 Santa Monica Blvd, #413, Los Angeles, California 90025.

4. Plaintiffs' Bills of Lading provide, *inter alia*, that the shipper, consignee, holder hereof, and owner of the goods shall be jointly and severally liable to Carrier for the payment of all freight, demurrage, General Average and other charges, including but not limited to court costs, expenses and reasonable attorney's fees incurred in collecting sums due Carrier. Payment of ocean freight and charges to a freight forwarder, broker or anyone other than OEC or its authorized agent, shall not be deemed payment to the Carrier and shall be made at payor's sole risk.

5. Under the Shipping Act of 1984, 46 U.S.CA §§ 40101 et seq., Plaintiffs are under legal compulsion to collect the entire freight and other charges set forth in its tariff. Failure on the part of Plaintiffs to collect the entire amount may subject it to severe penalties.

6. Defendant, BRITE LITE ENTERPRISES, LLC (hereinafter "BRITE LITE") is in violation of the Shipping Act by its failure to pay the full freight charges as set forth in Plaintiffs' tariff, and various invoices and local statements.

7. Venue is proper in this District as Plaintiffs' place of business is situated in this District, and the Defendants consented to venue in the United States District Court for the Southern District of New York under the Plaintiff's standard Terms and Conditions and the subject bills of lading.

## FIRST CAUSE OF ACTION

8. Plaintiffs incorporate the allegations set forth in paragraphs 1 through 7 by reference and said matters are realleged as if fully set forth hereat.

2

9. During the years 2018-2019, Defendant was the owner, exporter, shipper and/or consignee of various shipments for which proper bills of lading and freight bills were issued by or on behalf of Plaintiff. The said shipments were transported between foreign ports and the United States on board vessels owned or operated by Plaintiffs for which freight charges in the total amount of $56,974.67 lawfully were incurred pursuant to the aforesaid tariff and contracts of carriage (copies of which are annexed as Exhibit "1").

10. As a direct result of the aforesaid carriages, Defendant agreed and otherwise became bound to pay the ocean freight and related charges in the total amount of $56,974.67, together with interest thereon at the legal rate, and as referenced in the Local Statements of account attached hereto (as Exhibit "1").

11. Plaintiffs have demanded payment of the outstanding ocean freight charges from Defendant, but the freight charges have not been paid (copies of outstanding charges are attached hereto as Exhibit "1").

12. Plaintiffs have performed each and all of their obligations, actual and implied, arising pursuant to their contracts with Defendant and imposed by law, and its standard Terms and Conditions (a copy of which is attached hereto as Exhibit "2").

13. Pursuant to its Bill of Lading, Plaintiff is entitled to attorney's fees and costs incurred in collecting sums due Plaintiffs, or in the event that any action is necessary, to enforce the terms of the contract. Plaintiffs herein have engaged the services of DOUGHERTY, RYAN & HESSION, LLP. to enforce the terms of the contract and is entitled to recover reasonable fees in an amount according to proof at trial.

### SECOND CAUSE OF ACTION

14. The allegations of paragraphs 1 through 16 are incorporated by reference and are realleged as if fully set forth hereat.

15. Within the last years on a written open book account for money due, Defendants

became indebted to Plaintiffs in the amount of $56,974.67. Attached hereto is the Credit Agreement signed by BRITE LITE and pursuant to which BRITE LITE agreed to pay all invoices within 15 days of the date of the invoice (as Exhibit "3").

16. Neither the whole nor any part of the above sum has been paid and there is now due, owing and unpaid from Defendants to Plaintiff the sum of $56,974.67, together with interest thereon at the legal rate.

### THIRD CAUSE OF ACTION: BREACH OF CONTRACT

17. Between November 5, 2020 and December 1, 2020, OEC entered a contract with BRITE LITE as "Customer" pursuant to which OEC granted credit to BRITE LITE for international shipping services.

18. The contract incorporated, inter alia, OEC's general terms and conditions of service (a copy of the subject Terms and Conditions are attached as Exhibit "2").

19. The general terms and conditions of service provided that BRITE LITE shall compensate OEC for any additional costs charged by the ocean carriers selected by OEC to perform international transportation services to BRITE LITE.

20. In addition, the contract provided that BRITE LITE shall be liable to OEC for per diem charges with respect to the in-land trucking portion of the transportation and/or warehouse services provided by OEC, and those charges continue to accrue at the rate of $100 per day.

21. Pursuant to this agreement, beginning in November of 2020, OEC performed multiple shipments of speakers, speaker boxes, and other cargoes and with respect to several shipments of goods as referenced herein (see Exhibit "1" hereto, "the Shipments").

22. To date, despite due demand from OEC, no payment has been received on the outstanding amount of $56,974.67.

23. Defendant BRITE LITE has never contested the debt and have acknowledged the debt on multiple occasions.

24. BRITE LITE's failure and/or refusal to pay the debt constitutes a breach of the contract between the parties.

25. The underlying contract provides that OEC shall be entitled to all costs of collection, including reasonable attorneys' fees, and interest at 15 percent per annum or the highest rate allowed by law, whichever is less.

26. BRITE LITE has failed to timely pay OEC for the costs and the per diem expenses of the shipments for which it owes Plaintiff $56,974.67, plus contract interest at 15 percent per annum, plus contract attorneys' fees.

27. The total amount due to OEC under the invoice (principal plus interest) totals: $56,974.67 to date, and as calculated on the Local Statements annexed hereto (as Exhibit "1").

28. Plaintiff OEC fully performed the aforementioned contracted services and Defendant BRITE LITE accepted and benefitted from the requested shipping services but have breached the contract by failing to pay for the related services as set forth in the contract.

29. OEC has retained the law office of Dougherty, Ryan & Hession, LLP. and agreed to pay them a reasonable fee.

30. By reason of the foregoing, OEC has been damaged in the sum of $56,974.67, plus future interest, costs, and contractual attorneys' fees.

### FOURTH CAUSE OF ACTION: ACCOUNT STATED

31. Plaintiff incorporates by reference paragraphs 1 through 30 as if fully set forth herein.

32. On multiple occasions OEC delivered to Defendant BRITE LITE an accounting, including by sending the outstanding invoices to BRITE LITE (see Exhibit "1").

33. The accounting for the unpaid amount of $56,974.67 due and owing from BRITE LITE been retained and no objection to it has been made, despite due demand by OEC.

34. By reason of the foregoing, OEC has been damaged in the sum of $56,974.67, plus future interest, costs, and contractual attorneys' fees

### FIFTH CAUSE OF ACTION: UNJUST ENRICHMENT

35. OEC incorporates by reference paragraphs 1 through 34 as if fully set forth herein.

36. Between November, 2020 and December 2020, OEC, at the special insistence and request of Defendant BRITE LITE performed services on behalf of the Defendant, for which Defendant BRITE LITE owes an unpaid balance of $56,974.67, plus interest. No part of the said balance has been paid although payment thereof has been duly demanded.

37. By reason of the foregoing, plaintiff has been damaged in the sum of $56,974.67, plus future interest, costs, and contractual attorneys' fees.

WHEREFORE, Plaintiff prays as follows for all causes of action:

1. That judgment be entered in favor of Plaintiff for the total amount of its claim, $56,974.67, together with prejudgment interest at the legal rate;

2. For the costs of the suit herein;

3. For reasonable attorney's fees; and

4. For such other and further relief as this court may deem just and proper.

Dated: Melville, New York
April 23, 2021

_____
JOHN J. HESSION
DOUGHERTY, RYAN & HESSION, LLP.
Attorneys for Plaintiffs
445 Broadhollow Road – Suite 25
Melville, New York 11747
Phone: 212-889-2300

TO:   BRITE LITE ENTERPRISES, INC.
      11901 Santa Monica Boulevard
      #413
      Los Angeles, California 90025