DOUGHERTY, RYAN & HESSION, LLP.
Attorneys for Plaintiffs
445 Broadhollow Road - Suite 25
Melville, New York 11747
Phone: 212-889-2300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SA FLORIDA INTERNATIONAL, LLC.
d/b/a OEC MIAMI and ORIENT
EXPRESS CONTAINER CO., LTD.   Index No: 21 Civ. 3641 (JMF)

                         Plaintiffs,

  -against-   **STIPULATION**
                                                             **OF DISCONTINUANCE**

BRITE LITE ENTERPRISES, INC.

                         Defendant.
-----------------------------------------------------------X

**THE PARTIES TO THIS ACTION,** pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of the negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

Dated: Melville, New York
          June 15, 2021

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

SO ORDERED.

July 12, 2021

_____
JOHN J. HESSION (3501 JH)
DOUGHERTY, RYAN & HESSION, LLP.
Attorneys for Plaintiffs
445 Broadhollow Road – Suite 25
Melville, New York 1174
Phone: 212-889-2300
Email: john.hession@doughertyryan.com

_____
CHARLES WERTMAN
THE LAW OFFICES OF CHARLES WERTMAN P.C.
Attorneys for Defendant
100 Merrick Road – Suite 304W
Rockville Centre, New York 11570
Phone: 516-284-0900
Email: charles@cwertmanlaw.com